**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

## 08-22109-MC-JORDAN/MCALILEY

IN RE: Letter Rogatory from Peru
Requesting Assistance in Criminal Matters in
the Matter of Lester Marina Pastor
_____/

### ORDER APPOINTING A COMMISSIONER & CLOSING CASE

Upon application of the United States, and upon review of the letter rogatory from the Republic of Peru seeking evidence for use in a judicial criminal prosecution in Peru and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782 and this Court's inherent authority, that Adam S. Fels is appointed as Commissioner of this Court and is hereby directed to execute the letter rogatory as follows:

1. take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. adopt procedures to collect the evidence requested consistent with its use as evidence in an investigation before a tribunal in the Republic of Peru, which procedures may be specified in the request or provided by the requesting court or authority or by a representative of Peru;

4. seek such further orders of this Court as may be necessary to execute this request; and

5. certify and submit the evidence collected to the Office of International Affairs,

Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the requesting court or authority.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, federal law enforcement agents and/or representatives of the Republic of Peru.

*This case is closed, but may be reopened on motion.*

DONE and ORDERED at Miami, Florida, this ___29th___ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:  Adam S. Fels, AUSA

2